RECEIVED

NOV 1 0 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

BRIAN KEITH REDMOND (#366052)          DOCKET NO. 11-CV-784; SEC. P

VERSUS                                 JUDGE DEE D. DRELL

LOUISIANA WORKFORCE LLC, ET AL.        MAGISTRATE JUDGE JAMES D. KIRK


### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this ____ day of November, 2011.


                                        DEE D. DRELL
                                UNITED STATES DISTRICT JUDGE